**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00922-CV

_____

**JUAN GABRIEL RAMIREZ SANDOVAL, Appellant**

**V.**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee**

**On Appeal from the 407th Judicial District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2018CI16459**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 24, 2018. On February 8, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.